UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. CLEVETT, </br></br>    Plaintiff, </br></br> v. </br></br> EQUITABLE RESOURCES, INC., </br> and JOSEPH E. O'BRIEN, </br></br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. </br> ) </br> ) **05-40020** </br> ) </br> ) </br> ) </br> ) |

## FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3 CERTIFICATION

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 for the District of Massachusetts, Defendant Equitable Resources, Inc. hereby states that there are no parent corporations nor publicly held companies that own ten percent (10%) or more of its stock.

Respectfully submitted,

EQUITABLE RESOURCES, INC.

By its attorneys,

Terence P. McCourt (BBO#555784)
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

DATED: January 28, 2005