UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| STEPHEN H. CLEVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-40020 FAS |
| | ) | |
| EQUITABLE RESOURCES, INC., | ) | |
| and JOSEPH E. O'BRIEN, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS EQUITABLE RESOURCES, INC. and JOSEPH E. O'BRIEN'S MOTION FOR ADDITIONAL TIME TO FILE ANSWER

Defendant Equitable Resources, Inc. and Defendant Joseph E. O'Brien (collectively "Defendants") hereby request that the Court extend the time in which they may respond to Plaintiff Stephen H. Clevett's Complaint from Friday, February 4, 2005 to Friday, February 18, 2005.

Plaintiff Clevett filed his Complaint in Worcester County Superior Court on November 30, 2004. The Complaint was served on Defendant Equitable Resources on December 29, 2004, and was served on Defendant O'Brien on January 4, 2005. On January 28, 2005, Defendants filed a Notice of Removal. Pursuant to Fed.R.Civ.P. 81(c), Defendants' response to the Complaint and Jury Demand is presently due on February 4, 2005. Defendants request an extension of two weeks in order to ensure that it provides a full and adequate response to Mr. Clevett's claims.

On February 2, 2005, counsel for the Defendants left telephone messages and faxed a letter to counsel for Plaintiff seeking assent to this Motion. As of the time of filing this Motion, Defendants' counsel has not received a response from Plaintiff's counsel.

WHEREFORE, Defendants Equitable Resources, Inc. and Joseph E. O'Brien request that the Court grant their motion and extend the time in which they may file a responsive pleading to Plaintiff Stephen H. Clevett's Complaint to February 18, 2005.

Respectfully submitted,

Defendants

EQUITABLE RESOURCES, INC. and
JOSEPH B. O'BRIEN

By their attorneys,

         /s/ Terence P. McCourt
Terence P. McCourt (BBO #555784)
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

CERTIFICATE OF SERVICE

  I, Terence P. McCourt, hereby certify that on the 3rd day of February, 2005, I served by mail a copy of the above to the following counsel of record:

| | |
|---|---|
| Timothy P. Wickstrom, Esq. | Thomas F. Holt, Jr., Esq. |
| Tashjian, Simsarian & Wickstrom | Steven P. Wright, Esq. |
| 370 Main Street | Kirkpatrick & Lockhart |
| Worcester, MA 01608 | 75 State Street |
| | Boston, MA 02109-1808 |

             /s/ Terence P. McCourt
           Terence P. McCourt