UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN H. CLEVETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-40020 FAS |
| ) | |
| EQUITABLE RESOURCES, INC., ) | |
| and JOSEPH E. O'BRIEN, ) | |
| ) | |
| Defendants. ) | |

MOTION OF DEFENDANTS EQUITABLE RESOURCES, INC. and
JOSEPH E. O'BRIEN FOR ADDITIONAL TIME TO ANSWER

Defendant Equitable Resources, Inc. and Defendant Joseph E. O'Brien (collectively "Defendants") hereby request that the Court extend the time in which they may respond to Plaintiff Stephen H. Clevett's Complaint from Friday, February 18, 2005 to Friday, March 18, 2005.

Counsel for Defendants and Plaintiff are currently engaged in settlement discussions and an extension of time would facilitate those discussions, and conserve the resources of the Court and the parties. Counsel for Plaintiff has represented to counsel for Defendants that he does not oppose this Motion.

WHEREFORE, Defendant Equitable Resources, Inc. and Defendant Joseph E. O'Brien respectfully request that the Court grant this Motion and extend the

time in which Defendants may file an answer or serve responsive pleading to Plaintiff Stephen H. Clevett's Complaint to March 18, 2005.

                                              Respectfully submitted,

                                              EQUITABLE RESOURCES, INC. and
JOSEPH B. O'BRIEN

                                              By their attorneys,

                                              /s/ Terence P. McCourt
Terence P. McCourt (BBO #555784)
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Dated: February 16, 2005

CERTIFICATE OF SERVICE

    I, Terence P. McCourt, hereby certify that on the 16th day of February, 2005, I served by mail and facsimile a copy of the above to the following counsel of record:

| | |
|---|---|
| Timothy P. Wickstrom, Esq. | Thomas F. Holt, Jr., Esq. |
| Tashjian, Simsarian & Wickstrom | Steven P. Wright, Esq. |
| 370 Main Street | Kirkpatrick & Lockhart |
| Worcester, MA 01608 | 75 State Street |
| | Boston, MA 02109-1808 |

    /s/ Terence P. McCourt
    Terence P. McCourt