UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. CLEVETT,<br><br>　　　Plaintiff,<br><br>v.<br><br>EQUITABLE RESOURCES, INC.,<br>and JOSEPH E. O'BRIEN,<br><br>　　　Defendants. | Civil Action No. 05-40020 FDS |

**DEFENDANTS' MOTION TO DISMISS COUNTS III THROUGH X
OF PLAINTIFF'S COMPLAINT AND JURY DEMAND**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants, Equitable Resources, Inc. ("Equitable") and Joseph E. O'Brien ("O'Brien") (collectively "Defendants"), hereby move to dismiss Counts III through X of the Complaint and Jury Demand ("Complaint") brought by Plaintiff, Stephen H. Clevett ("Plaintiff" or "Clevett"). Defendants rely on their Memorandum in Support of their Motion to Dismiss Counts III through X of Plaintiff's Complaint and Jury Demand, submitted herewith, and contend the following.

Plaintiff has clouded what is a breach of contract case with various tort and statutory claims in order to gain settlement leverage and to destroy diversity of citizenship in order to avoid federal court. Despite his efforts, Clevett has failed to allege facts sufficient to state his claims or facts for which relief can be granted. First, Clevett's claims for violation of MASS. GEN. LAWS, c. 93A (Counts IX and X) should be dismissed because conduct arising out of an unemployment relationship does not support such a

claim. Second, Clevett's claim for intentional interference with contractual relations against Defendant O'Brien (Count VII), his supervisor, fails to allege facts sufficient to state such a claim against a supervisor. Third, Clevett's claims against Equitable and O'Brien for fraudulent and negligent misrepresentation (Counts III, IV, V and VI) are not actionable as a matter of law because: (i) the statements that allegedly constitute misrepresentations are not actionable; and (ii) the statements were oral communications made in the course of contract negotiations where there is a written agreement at issue and the oral communications contradict the written agreement. Finally, Clevett's claim against Equitable and O'Brien for civil conspiracy (Count VIII), cannot be brought because, among other things, there is no underlying tort on which to base the claim.

Because Clevett has failed to set forth facts for which relief can be granted and is unable to prove any set of facts which would state the claims brought, Counts III through X should be dismissed.

WHEREFORE, Defendants Equitable and O'Brian, respectfully request that this Court enter an Order dismissing Plaintiff's Counts III through X and granting such further relief as this Court deems appropriate.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rules 7.1 (D), Defendants respectfully request an oral argument on their Motion to Dismiss.

Respectfully submitted,

EQUITABLE RESOURCES, INC.
and JOSEPH E. O'BRIEN

By their attorneys,


/s/ Laurie J. Hurtt
Terence P. McCourt (BBO#555784)
Laurie J. Hurtt (BBO#634149)
Jeffrey M. Burns (BBO#661448)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

DATED: May 2, 2005

## Local Rule 7.1 (A) Certificate

I hereby certify that I have conferred with Plaintiff's counsel and attempted in good faith to resolve the issues raised in Defendants' Motion to Dismiss.

/s/ Laurie J. Hurtt
Laurie J. Hurtt


## CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 2nd day of May, 2005, I served by first-class mail a copy of the above to the following counsel of record:

Timothy P. Wickstrom, Esq.
Tashjian, Simsarian & Wickstrom
370 Main Street
Worcester, MA 01608

Thomas F. Holt, Jr., Esq.
Steven P. Wright, Esq.
Kirkpatrick & Lockhart
75 State Street
Boston, MA 02109-1808


/s/ Laurie J. Hurtt
Laurie J. Hurtt

::ODMA\PCDOCS\BOS_XP\163048\1