UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. CLEVETT,         )<br>                              )<br>    Plaintiff                  )<br>                              )<br>v.                            )<br>                              )  Civil Action No. 05-40020 FDS<br>EQUITABLE RESOURCES, INC., and )<br>JOSEPH E. O'BRIEN            )<br>                              )<br>    Defendants.              )<br>                              ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Stephen H. Clevett ("Clevett"), hereby respectfully requests that this Court grant it an extension of fifteen days, or to May 31, 2005, to respond to defendants', Equitable Resources, Inc. ("EQT"), and Joseph E. O'Brien ("O'Brien") (collectively, "defendants"), motion to dismiss. In support of this motion, Clevett states as follows:

1.  On November 30, 2004, Clevett commenced a civil action in Worcester Superior Court styled Stephen H. Clevett v. Equitable Resources, Inc. and Joseph E. O'Brien, Civil Action No. 2004-02334-B, by filing a Complaint and Jury Demand (the "Complaint").

2.  On January 31, 2005, defendants filed a Notice of Removal, which petitioned this Court to remove the instant action to federal court.

3.  On May 2, 2005, after obtaining three separate extensions of time in which to answer or otherwise respond to the Complaint, defendants responded to the Complaint by filing a motion to dismiss, which requests the dismissal of counts III through X of the Complaint.

4.  Under Local Rule 7.1(B)(2), Plaintiff's response to defendants' motion to dismiss currently is due on May 16, 2005.

5. In order to address the legal and factual arguments raised by defendants' motion to dismiss, Clevett requests that the Court grant him an additional fifteen days in which to respond to defendants' motion to dismiss, or to May 31, 2005.

6. Defendants' counsel has indicated that he will not oppose Clevett's request for an extension, and no prejudice will result form the allowance of this motion

WHEREFORE, plaintiff Stephen H. Clevett respectfully requests that the Court grant the extension requested by this motion.

STEPHEN H. CLEVETT

By his attorneys,

/s/ Timothy P. Wickstrom
Timothy P. Wickstrom  (BBO # 541953)
TASHJIAN, SIMSARIAN & WICKSTROM
370 Main Street
Worcester, MA  01608
(508) 234-4551


/s/ Thomas F. Holt
Thomas F. Holt, Jr. (BBO # 238830)
Steven P. Wright (BBO # 648575)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

May 16, 2005