UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. CLEVETT,<br><br>　Plaintiff<br><br>v.<br><br>EQUITABLE RESOURCES, INC., and<br>JOSEPH E. O'BRIEN<br><br>　Defendants. | Civil Action No. 05-40020 FDS |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Stephen H. Clevett ("Clevett"), hereby respectfully requests that this Court grant it an extension of fifteen days, or to June 14, 2005, to respond to defendants', Equitable Resources, Inc. ("EQT"), and Joseph E. O'Brien ("O'Brien") (collectively, "defendants"), motion to dismiss.  In support of this motion, Clevett states as follows:

　　1.　　On November 30, 2004, Clevett commenced a civil action in Worcester Superior Court styled <u>Stephen H. Clevett v. Equitable Resources, Inc. and Joseph E. O'Brien</u>, Civil Action No. 2004-02334-B, by filing a Complaint and Jury Demand (the "Complaint").

　　2.　　On January 31, 2005, defendants filed a Notice of Removal, which petitioned this Court to remove the instant action to federal court.

　　3.　　On May 2, 2005, after obtaining three separate extensions of time in which to answer or otherwise respond to the Complaint, defendants responded to the Complaint by filing a motion to dismiss, which requests the dismissal of counts III through X of the Complaint.

　　4.　　Under Local Rule 7.1(B)(2), Plaintiff's response to defendants' motion to dismiss currently was initially due on May 16, 2005.

5. In order to address the legal and factual arguments raised by defendants' motion to dismiss, Clevett requested and the Court granted an extension to May 31, 2005 in which to respond to defendants' motion to dismiss.

6. In order to adequately address the legal and factual issues raised by defendants' motion, Clevett requests that the Court grant him an additional fourteen days in which to respond to defendants' motion to dismiss, or to June 14, 2005, which is less than thirty days after the initial response date for the motion to dismiss.

7. A voicemail has been left for Defendants' counsel seeking assent for Clevett's request for an extension, and no prejudice will result form the allowance of this motion

WHEREFORE, plaintiff Stephen H. Clevett respectfully requests that the Court grant the extension requested by this motion.

STEPHEN H. CLEVETT

By his attorneys,

    /s/  Timothy P. Wickstrom    
Timothy P. Wickstrom  (BBO # 541953)
TASHJIAN, SIMSARIAN & WICKSTROM
370 Main Street
Worcester, MA  01608
(508) 234-4551

Thomas F. Holt, Jr. (BBO # 238830)
Steven P. Wright (BBO # 648575)
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

May 27, 2005

- 3 -

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Timothy P. Wickstrom, counsel for Plaintiff, Stephen H. Clevett, hereby certify pursuant to Local Rule 7.1(A)(2) that I left a voicemail message for counsel for Equitable Resources, Inc., and Joseph E. O'Brien, on May 27, 2005, seeking to narrow the issues presented by this motion, and, as of the time of the filing of this motion, I have not heard back from counsel as to this request.

                                                /s/  Timothy P. Wickstrom
                                                Timothy P. Wickstrom