UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. CLEVETT, )<br><br>Plaintiff, )<br><br>v. )<br><br>EQUITABLE RESOURCES, INC., )<br>and JOSEPH E. O'BRIEN, )<br><br>Defendants. ) | Civil Action No. 05-40020 FAS |

ASSENTED TO MOTION OF DEFENDANTS EQUITABLE RESOURCES, INC. and
JOSEPH E. O'BRIEN FOR ADDITIONAL WEEK TO RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

Defendant Equitable Resources, Inc. and Defendant Joseph E. O'Brien

(collectively "Defendants") hereby request that the Court extend the time in which they

may respond to Plaintiff Stephen H. Clevett's Complaint from Monday, June 20, 2005 to

Monday, June 27, 2005.   Plaintiff assents to Defendants' Motion.

Defendants' counsel was handling a trial in Pennsylvania when Plaintiff's

Amended Complaint and Jury Demand was filed and received.  Defendants' counsel

requests an additional week to respond to the Amended Complaint and Jury Demand.

WHEREFORE, Defendant Equitable Resources, Inc. and Defendant Joseph E.

O'Brien respectfully request that the Court grant this Motion and extend the time in

which Defendants may file an answer or serve responsive pleading to Plaintiff Stephen H.

Clevett's Complaint to April 29, 2005.

Respectfully submitted,

EQUITABLE RESOURCES, INC. and
JOSEPH B. O'BRIEN

By their attorneys,

_____/s/ Terence P. McCourt_____
Terence P. McCourt (BBO #555784)
Laurie J. Hurtt (BBO#634149)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Assented to:

STEPHEN H. CLEVETT

By his attorneys,

__/s/ Steven P. Wright_____
Thomas F. Holt, Jr. (BBO#238830)
Steven P. Wright (BBO#648575)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808

Dated:  June 22, 2005

<u>CERTIFICATE OF SERVICE</u>

I, Terence P. McCourt, hereby certify that on the 22nd day of June, 2005, I served by mail a copy of the above to the following counsel of record:

Timothy P. Wickstrom, Esq.          Thomas F. Holt, Jr., Esq.
Tashjian, Simsarian & Wickstrom    Steven P. Wright, Esq.
370 Main Street                        Kirkpatrick & Lockhart
Worcester, MA 01608             75 State Street
                                Boston, MA 02109-1808

<u>/s/ Terence P. McCourt</u>
Terence P. McCourt