UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN H. CLEVETT,        )<br>                           )<br>    Plaintiff              )<br>                           )<br>v.                         )<br>                           )<br>NORESCO, LLC,              )<br>EQUITABLE RESOURCES, INC., and )<br>JOSEPH E. O'BRIEN          )<br>                           )<br>    Defendants.            )<br>                           ) | Civil Action No. 05-40020 FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven P. Wright as counsel for Plaintiff, Stephen H. Clevett in the above-captioned matter.

STEPHEN H. CLEVETT

By his attorneys,

/s/ Timothy P. Wickstrom
Timothy P. Wickstrom  (BBO # 541953)
TASHJIAN, SIMSARIAN & WICKSTROM
370 Main Street
Worcester, MA  01608
(508) 234-4551


/s/ Steven P. Wright
Thomas F. Holt, Jr. (BBO # 238830)
Steven P. Wright (BBO # 648575)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

July 11, 2005

## CERTIFICATE OF SERVICE

    I, Steven P. Wright hereby certify that a true copy of the above document was served electronically on July 11, 2005 upon all counsel of record.

                                          /s/ Steven P. Wright
                                          Steven P. Wright