# United States District Court

DISTRICT OF Massachusetts

**SUMMONS IN A CIVIL ACTION**

STEPHEN H. CLEVETT

V.

NORESCO, LLC, EQUITABLE RESOURCES, INC.
AND JOSEPH E. O'BRIEN

CASE NUMBER: 05-40020 FDS

TO: (Name and Address of Defendant)    NORESCO, LLC, One Research Drive, Westborough

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Timothy P. Wickstrom, Tashjian, Simsarian & Wickstrom, 370 Main Street, Worcester, MA 01608

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**SARAH A. THORNTON**
CLERK

DATE June 13, 2005

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

06/14/2005

I hereby certify and return that on 06/14/2005 at 01:42pm I served a true and attested copy of the Summons and Amended Complaint & Jury Demand, Exhibits in this action in the following manner: To wit, by delivering in hand to MARGARET LAMBERT, RECEPTIONIST, agent, person in charge at the time of service for NORESCO, LLC at 1 RESEARCH DR, WESTBOROUGH, MA. Fees: Service 30.00, Travel 6.40, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $46.90

Deputy Sheriff Lynn A Trudel

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              *Date*                *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.