UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLEVETT,
      Plaintiff(s)

                                        CIVIL ACTION
      V.                              NO. 05-40020-FDS

EQUITABLE RESOURCES, INC.,
      Defendant(s)

**SAYLOR, D.J.**

### ORDER FOR REMAND

    In accordance with the Court's allowance of plaintiff's Motion to Remand issued on 7/20/05 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                                By the Court,

DATED: July 20, 2005

                                                /s/ Martin Castles
                                                Deputy Clerk