UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN H. CLEVETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-40020 FDS |
| ) | |
| EQUITABLE RESOURCES, INC., ) | |
| and JOSEPH E. O'BRIEN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' EMERGENCY MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND MOTION TO STAY CERTIFICATION AND MAILING OF THE PAPERS REMANDING THE ACTION TO MASSACHUSETTS SUPERIOR COURT**

Defendants Equitable Resources, Inc. ("Equitable") and Joseph E. O'Brien ("O'Brien") (collectively "Defendants") hereby respectfully request: (a) seven days leave to file a motion for reconsideration of the Court's Decision and Order on Plaintiff's Motion to Remand; and (b) request that the Court stay certification and mailing of the papers remanding this action to the Massachusetts Superior Court pending resolution of Defendants' anticipated motion for reconsideration. Defendants bring this motion on an emergency basis because they understand that the Court is prepared to certify and mail the papers to the Massachusetts Superior Court within the next 24 hours. As grounds for its motion, Defendants submit the following.

Defendants respectfully contend that the Court erred in its treatment of the Affidavit of Joseph E. O'Brien and the standards governing fraudulent joinder when considering Plaintiff's Motion to Remand. Defendants request the opportunity to address

this issue in a motion for reconsideration and request seven days to prepare and file the motion. Defendants request that the certification and mailing of the papers to the Superior Court be stayed because after the Court has certified and mailed the papers, the case is considered remanded. Once officially remanded, Defendants are unable to seek review of the jurisdictional issues raised in their Petition for Removal and Plaintiff's Motion to Remand in any forum. Given that Defendants are only provided this very limited opportunity to have the jurisdictional issue addressed, and the importance of the principles underlying diversity jurisdiction, Defendants request that the Court stay certification and mailing of the papers until after the Court rules upon Defendants' anticipated motion for reconsideration.

      WHEREFORE, Defendants Equitable Resources, Inc. ("Equitable") and Joseph E. O'Brien ("O'Brien") request that the Court grant their motion and grant Defendants leave to file a motion for reconsideration of its decision and order on Plaintiff's Motion to Remand within seven days or by August 1, 2005, and order that the papers in this action not be certified or mailed until after the Court has ruled upon Defendants' anticipated motion for reconsideration.

Respectfully submitted,

EQUITABLE RESOURCES, INC.
and JOSEPH E. O'BRIEN

By their attorneys,

/s/ Laurie J. Hurtt
Terence P. McCourt (BBO#555784)
Laurie J. Hurtt (BBO#634149)
Jeffrey M. Burns (BBO#661448)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

DATED:  July 25, 2005

Local Rule 7.1 (A) Certificate

    I hereby certify that counsel for Defendants has conferred with Plaintiff's counsel concerning the grounds raised in Defendants' Emergency Motion for Leave to File a Motion for Reconsideration and Motion to Stay Certification and Mailing of Papers Remanding the Action to the Massachusetts Superior Court and attempted in good faith to resolve the issues raised therein on July 25, 2005.

/s/ Laurie J. Hurtt
Laurie J. Hurtt

CERTIFICATE OF SERVICE

I, Laurie J. Hurtt, hereby certify that on the 25th day of July, 2005, I served by first-class mail and electronic filing a copy of the above to the following counsel of record:

Timothy P. Wickstrom, Esq.  
Tashjian, Simsarian & Wickstrom  
370 Main Street  
Worcester, MA 01608

Thomas F. Holt, Jr., Esq.  
Steven P. Wright, Esq.  
Kirkpatrick & Lockhart  
75 State Street  
Boston, MA 02109-1808

/s/ Laurie J. Hurtt  
Laurie J. Hurtt

::ODMA\PCDOCS\BOS_XP\168622\1