| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery 7-26-05 |
| | C. Signature<br>X Paul Montana | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>Worcester Superior Court<br>2 Main St<br>Worcester, MA 01608 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes  05-40020 |
| 2. Article Number (Copy from service label)<br>7004 0750 0002 7861 5282 | | |
| PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952 | | |